UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: 6443518 |
| SHAKIRAH ROUSE | : | ORDER OF DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Craig Carpenito, United States Attorney for the District of New Jersey, dismisses Violation No. 6443518 against defendant Shakirah Rouse, which was issued on April 4, 2018, for simple assault, in violation of 18 U.S.C. § 111 for the reason that prosecution of defendant Shakirah Rouse is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Shakirah Rouse of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_Craig Carpenito / smw_
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 6/28/18